# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
ATANASOV, STEFAN I                  §       Case No. 14-03241
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/BARRY A. CHATZ_____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-03241 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | ATANASOV, STEFAN I | | | Date Filed (f) or Converted (c): | 01/31/14 (f) |
| | | | | 341(a) Meeting Date: | 03/06/14 |
| For Period Ending: | 01/27/15 | | | Claims Bar Date: | 06/27/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family residence located at 1599 East Baysi | 65,178.25 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 1,284.57 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 651.75 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts | 455.77 | 0.00 | | 0.00 | FA |
| 5. Financial Accounts | 1,103.88 | 0.00 | | 0.00 | FA |
| 6. Household Goods | 750.00 | 750.00 | | 0.00 | FA |
| 7. Books / Collectibles | 50.00 | 50.00 | | 0.00 | FA |
| 8. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 9. Furs and Jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 10. Firearms and Hobby Equipment | 125.00 | 125.00 | | 0.00 | FA |
| 11. Liquidated Claims | Unknown | 0.00 | | 0.00 | FA |
| 12. Contingent Claims | Unknown | 0.00 | | 0.00 | FA |
| 13. Contingent Claims | Unknown | 0.00 | | 0.00 | FA |
| 14. Vehicles | 8,200.00 | 5,445.97 | | 3,500.00 | FA |
| 15. Vehicles | 4,000.00 | 5,162.50 | | 2,500.00 | FA |
| 16. Office Equipment | 200.00 | 200.00 | | 0.00 | FA |
| 17. Animals | 0.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $82,449.22 | $11,733.47 | | $6,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CLAIMS REVIEWED, PREPARE TFR

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                    Ver: 18.03b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No.: | 14-03241   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: BARRY A. CHATZ |
| Case Name: | ATANASOV, STEFAN I | Date Filed (f) or Converted (c): 01/31/14 (f) |
| | | 341(a) Meeting Date: 03/06/14 |
| | | Claims Bar Date: 06/27/14 |

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-03241 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | ATANASOV, STEFAN I | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9558 Checking Account |
| Taxpayer ID No: | *******1139 | | | |
| For Period Ending: | 01/27/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/08/14 | 14 | SSTEFAN I. ATANASOV | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 2,500.00 | | 2,500.00 |
| 05/19/14 | 15 | STEFAN I. ATANASOV | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 500.00 | | 3,000.00 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,990.00 |
| 06/25/14 | 14 | STEFAN I. ATANASOV | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 500.00 | | 3,490.00 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,480.00 |
| 07/17/14 | 15 | STEFAN ATANASOV 1599 E. BAYSIDE CT. HOFFMAN ESTATES, IL 60192 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 500.00 | | 3,980.00 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,970.00 |
| 08/19/14 | 14 | GREGORY K. STERN (FOR STEFAN ATANASOV) 53 WEST JACKSON BLVD. CHICAGO, IL 60604 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 500.00 | | 4,470.00 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,460.00 |
| 09/10/14 | 15 | STEFAN ATANASOV 697 LITTLETON TRAIL ELGIN, IL 60120 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 500.00 | | 4,960.00 |
| 10/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,950.00 |
| 10/08/14 | 15 | STEFAN ATANASOV 697 LITTLETON TRAIL ELGIN, IL 60120 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 500.00 | | 5,450.00 |
| 11/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,440.00 |
| 11/11/14 | 15 | STEFAN ATANASOV 497 LITTLETON TRAIL ELGIN, IL 60120 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 500.00 | | 5,940.00 |

Page Subtotals       6,000.00       60.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 14-03241 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | ATANASOV, STEFAN I | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9558 Checking Account |
| Taxpayer ID No: | *******1139 | | | |
| For Period Ending: | 01/27/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,000.00 | 60.00 | 5,940.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,000.00 | 60.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,000.00 | 60.00 | |
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********9558 | 6,000.00 | 60.00 | 5,940.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,000.00 | 60.00 | 5,940.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 27, 2015 |
|---|---|---|---|---|---|---|

Case Number: 14-03241  
Debtor Name: ATANASOV, STEFAN I

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000005A 001 3210-00 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60604 | Administrative | | $0.00 | $2,661.00 | $2,661.00 |
| 000005B 001 3220-00 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60604 | Administrative | | $0.00 | $0.00 | $0.00 |
| 000006A 001 2100-00 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $1,350.00 | $1,350.00 |
| 000006B 001 2200-00 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $120.82 | $120.82 |
| 000001 070 7100-00 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $2,538.13 | $2,538.13 |
| 000002 070 7100-00 | CAPITAL ONE BANK USA, NA<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $184.19 | $184.19 |
| 000003 070 7100-00 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $102.70 | $102.70 |
| 000004 070 7100-00 | PYOD, LLC ASSIGNEE - CITIBANK NA<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $0.00 | $1,519.67 | $1,519.67 |
| | Case Totals: | | | $0.00 | $8,476.51 | $8,476.51 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-03241
Case Name: ATANASOV, STEFAN I
Trustee Name: BARRY A. CHATZ

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ | $ | $ |
| Trustee Expenses: BARRY A. CHATZ | $ | $ | $ |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $ | $ | $ |
| Other: GREGORY K. STERN, P.C. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | CAPITAL ONE BANK USA, NA | $ | $ | $ |
| 000003 | AMERICAN EXPRESS CENTURION BANK | $ | $ | $ |
| 000004 | PYOD, LLC ASSIGNEE - CITIBANK NA | $ | $ | $ |

Total to be paid to timely general unsecured creditors           $_____

Remaining Balance           $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be         percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of       % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $       . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.