**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Stefan I. Atanasov, | ) | No. 14-03241 |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |

**AMENDED NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, February 26, 2015, at the hour of 10:30 a.m., or as soon thereafter as counsel may be heard, Barry A. Chatz, will appear before the Honorable Pamela S. Hollis, Bankruptcy Judge, or such other judge as may be sitting in her stead, in courtroom 644 or in such other courtroom as occupied by her, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the Trustee's Application for Compensation and Reimbursement of Expenses for his Attorney, Gregory K. Stern, P.C., previously served upon you.

/s/ Barry A. Chatz, Trustee

**PROOF OF SERVICE**

I, Barry A. Chatz, certify that on this date, I caused a copy of this Amended Notice of Motion to be served through the Court's ECF Service to all parties entitled to notice.

/s/ Barry A. Chatz, Trustee

Barry A. Chatz, Trustee
(ARDC #06196639)
120 S. Riverside Plaza, Suite 1200
Chicago, IL  60606
(312) 876-7100
(312) 876-0288 Fax