# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:    §
          §
ATANASOV, STEFAN I    §    Case No. 14-03241
          §
    Debtor(s)    §

## AMENDED
## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

### CLERK OF THE COURT

### U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Thursday, February 26, 2015 in Courtroom 644, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/27/2015    By: /s/ Barry A. Chatz, Trustee
                               Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-03241-PSH
Stefan I Atanasov                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers              Page 1 of 1          Date Rcvd: Feb 05, 2015
                              Form ID: pdf006           Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2015.
```
db           #+Stefan I Atanasov,    1599 E. Bayside Court,    Hoffman Estates, IL 60192-1126
aty           +Rachael D. Stern,    53 West Jackson Boulevard,    Suite 1442,    Chicago, IL 60604-3536
21482156      +American Express,    Po Box 3001,   16 General Warren Blvd,    Malvern, PA 19355-1245
21877812       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
21482157      +Best Buy Credit Services,    PO Box 688910,    Des Moines, IA 50368-8910
21482158      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
21847905       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
21482159      +Chase Mht Bk,    Attn:Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850-5298
21482160      +Codilis & Associates, P.C.,    Bankruptcy Department,    15W030 North Frontage Rd., Ste. 100,
                Burr Ridge, IL 60527-6921
21482163     ++NATIONSTAR MORTGAGE,    PO BOX 630267,    IRVING TEXAS 75063-0116
              (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21482161      +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 06 2015 01:23:47     Discover,    PO Box 6103,
                Carol Stream, IL 60197-6103
21743059       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 06 2015 01:23:47     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21482162      +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2015 01:25:07     GECRB/ PayPal Buyer credit,
                Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
22057727      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2015 01:25:09
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                             TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2015                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2015 at the address(es) listed below:
```
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Christina M Riepel    on behalf of Trustee Barry A Chatz gstern2@flash.net
              Gregory K Stern    on behalf of Trustee Barry A Chatz gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Jeffrey B Dovitz    on behalf of Debtor Stefan I Atanasov jeff.dovitz@jdpclegal.com,
               Raj.Jutla@jdpclegal.com;cate@fairplayparalegal.com
              Joel P Fonferko    on behalf of Creditor   Nationstar Mortgage, LLC ND-One@il.cslegal.com
              Monica C O'Brien    on behalf of Trustee Barry A Chatz gstern1@flash.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```