UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                   §
                                         §
STEFAN ATANASOV, I                       §        Case No. 14-03241
                                         §
                                         §
            Debtor(s)                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____       By:/s/BARRY A. CHATZ _____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationstar Mortgage 350 Highland Drive Lewisville, TX 75067 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE BARRY A. CHATZ | | | | | |
| TRUSTEE BARRY A. CHATZ | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | | | | |
| | Best Buy Credit Services PO Box 688910 Des Moines, IA 50368 | | | | | |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Chase Mht Bk Attn:Bankruptcy Dept Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Codilis & Associates, P.C. Bankruptcy Department 15W030 North Frontage Rd., Ste. 100 Burr Ridge, IL 60527 | | | | | |
| | Discover PO Box 6103 Carol Stream, IL 60197 | | | | | |
| | GECRB/ PayPal Buyer credit Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 2 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 4 | PYOD, LLC ASSIGNEE OF CITIBANK NA | | | | | |
| | AMERICAN EXPRESS CENTURION BANK | | | | | |
| | N. A. CAPITAL ONE BANK (USA) | | | | | |
| | PYOD, LLC ASSIGNEE OF CITIBANK NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-03241 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | STEFAN ATANASOV, I | | | | Date Filed (f) or Converted (c): | 01/31/2014 (f) |
| | | | | | 341(a) Meeting Date: | 03/06/2014 |
| For Period Ending: | 05/19/2015 | | | | Claims Bar Date: | 06/27/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Single family residence located at 1599 East Baysi | 65,178.25 | 0.00 | | 0.00 | FA |
| 2.  Financial Accounts | 1,284.57 | 0.00 | | 0.00 | FA |
| 3.  Financial Accounts | 651.75 | 0.00 | | 0.00 | FA |
| 4.  Financial Accounts | 455.77 | 0.00 | | 0.00 | FA |
| 5.  Financial Accounts | 1,103.88 | 0.00 | | 0.00 | FA |
| 6.  Household Goods | 750.00 | 750.00 | | 0.00 | FA |
| 7.  Books / Collectibles | 50.00 | 50.00 | | 0.00 | FA |
| 8.  Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 9.  Furs and Jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 10.  Firearms and Hobby Equipment | 125.00 | 125.00 | | 0.00 | FA |
| 11.  Liquidated Claims | Unknown | 0.00 | | 0.00 | FA |
| 12.  Contingent Claims | Unknown | 0.00 | | 0.00 | FA |
| 13.  Contingent Claims | Unknown | 0.00 | | 0.00 | FA |
| 14.  Vehicles | 8,200.00 | 5,445.97 | | 3,500.00 | FA |
| 15.  Vehicles | 4,000.00 | 5,162.50 | | 2,500.00 | FA |
| 16.  Office Equipment | 200.00 | 200.00 | | 0.00 | FA |
| 17.  Animals | 0.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $82,449.22 | $11,733.47 | | $6,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR heard 3/31/15; distribution completed; $0 bank account balance; prepare TDR and submit to UST for review and approval

Exhibit 8

RE PROP #        16    --

Initial Projected Date of Final Report (TFR): 12/31/2015          Current Projected Date of Final Report (TFR): 12/31/2015

Case 14-03241   Doc 64   Filed 06/02/15   Entered 06/02/15 15:22:57   Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-03241 | Trustee Name: BARRY A. CHATZ |
| Case Name: STEFAN ATANASOV, I | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9558 |
| | Checking Account |
| Taxpayer ID No: XX-XXX1139 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/19/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/08/14 | 14 | STEFAN I. ATANASOV | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $2,500.00 | | $2,500.00 |
| 05/19/14 | 15 | STEFAN I. ATANASOV | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $500.00 | | $3,000.00 |
| 06/06/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,990.00 |
| 06/25/14 | 14 | STEFAN I. ATANASOV | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $500.00 | | $3,490.00 |
| 07/08/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,480.00 |
| 07/17/14 | 15 | STEFAN ATANASOV 1599 E. BAYSIDE CT.HOFFMAN ESTATES, IL 60192 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $500.00 | | $3,980.00 |
| 08/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,970.00 |
| 08/19/14 | 14 | GREGORY K. STERN (FOR STEFAN ATANASOV)53 WEST JACKSON BLVD.CHICAGO, IL 60604 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $500.00 | | $4,470.00 |
| 09/08/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,460.00 |
| 09/10/14 | 15 | STEFAN ATANASOV 697 LITTLETON TRAILELGIN, IL 60120 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $500.00 | | $4,960.00 |
| 10/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,950.00 |
| 10/08/14 | 15 | STEFAN ATANASOV 697 LITTLETON TRAILELGIN, IL 60120 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $500.00 | | $5,450.00 |
| 11/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,440.00 |
| 11/11/14 | 15 | STEFAN ATANASOV 497 LITTLETON TRAILELGIN, IL 60120 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $500.00 | | $5,940.00 |
| 04/02/15 | 300001 | TRUSTEE BARRY A. CHATZ 120 SOUTH RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL  60606 | Distribution | | | $1,470.82 | $4,469.18 |

Page Subtotals:  $6,000.00  $1,530.82

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: 14-03241 | | Trustee Name: BARRY A. CHATZ | |
| Case Name: STEFAN ATANASOV, I | | Bank Name: The Bank of New York Mellon | |
| | | Account Number/CD#: XXXXXX9558 | |
| | | Checking Account | |
| Taxpayer ID No: XX-XXX1139 | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 05/19/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | TRUSTEE BARRY A. CHATZ | Final distribution to claim 6 representing a payment of 100.00 % per court order. ($1,350.00) | 2100-000 | | | |
| | | TRUSTEE BARRY A. CHATZ | Final distribution to claim 6 representing a payment of 100.00 % per court order. ($120.82) | 2200-000 | | | |
| 04/02/15 | 300002 | P. C. GREGORY K. STERN 53 WEST JACKSON BOULEVARD SUITE 1442 CHICAGO, IL 60604 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | 3210-000 | | $2,642.00 | $1,827.18 |
| 04/02/15 | 300003 | N. A. CAPITAL ONE BANK (USA) PO BOX 71083 CHARLOTTE, NC 28272-1083 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $186.29 | $1,640.89 |
| | | | ($2.10) | 7990-000 | | | |
| | | N. A. CAPITAL ONE BANK (USA) | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($184.19) | 7100-000 | | | |
| 04/02/15 | 300004 | AMERICAN EXPRESS CENTURION BANK C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | (3-1) CREDIT CARD DEBT | | | $103.87 | $1,537.02 |
| | | | ($1.17) | 7990-000 | | | |
| | | AMERICAN EXPRESS CENTURION BANK | (3-1) CREDIT CARD DEBT ($102.70) | 7100-000 | | | |
| 04/02/15 | 300005 | PYOD, LLC ASSIGNEE OF CITIBANK NA RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $1,537.02 | $0.00 |
| | | | ($17.35) | 7990-000 | | | |
| | | PYOD, LLC ASSIGNEE OF CITIBANK NA | Final distribution to claim 4 representing a payment of 100.00 % per court order. ($1,519.67) | 7100-000 | | | |

Page Subtotals: $0.00   $4,469.18

Exhibit 9

| | | |
|---|---|---|
| COLUMN TOTALS | $6,000.00 | $6,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $6,000.00 | $6,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,000.00 | $6,000.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9558 - Checking Account | $6,000.00 | $6,000.00 | $0.00 |
| | $6,000.00 | $6,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,000.00 |
| Total Gross Receipts: | $6,000.00 |

Page Subtotals:                        $0.00        $0.00